Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Larry Lavell Bell

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LARRY LAVELL BELL, | Case No.: 2:15-cv-02304-JPR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 20, 2015

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

1 DATE: November 10, 2015    Respectfully submitted,

2                                         LAW OFFICES OF LAWRENCE D. ROHLFING

3                                        /s/ *Monica Perales*
                       BY:_____

4                                          Monica Perales
                                         Attorney for plaintiff Larry Lavell Bell

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE
FOR CASE NUMBER  2:15-CV-02304-JPR**

2

3

I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on November 10, 2015.

5

I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the CM/ECF system.

7

*/s/ Monica Perales*

8

_____

9

Monica Perales
Attorneys for Plaintiff

10

_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-